| | |
|---|---|
| William L. Anthony (State Bar No. 106908)<br>G. Hopkins Guy, III (State Bar No. 124811)<br>I. Neel Chatterjee (State Bar No. 173985)<br>J. H. Walker (State Bar No. 244940)<br>Orrick, Herrington & Sutcliffe LLP<br>1000 Marsh Road<br>Menlo Park, Ca  94025<br>Telephone:    650-614-7400<br>Facsimile:     650-614-7401 | Michael I. Spiegel (State Bar No. 32651)<br>Charles M. Kagay (State Bar No. 73377)<br>Spiegel Liao & Kagay, LLP<br>388 Market Street, Suite 900<br>San Francisco, Ca  94111<br>Telephone:  (415) 956-5959<br>Facsimile:  (415) 362-1431 |
| Donald Daybell (State Bar No. 210961)<br>4 Park Plaza, Suite 1600<br>Irvine, California 92614<br>Telephone:    949-567-6700<br>Facsimile:     949-567-6710 | Attorneys For Defendants<br>QPSX LTD., FINANCIAL SYSTEMS TECHNOLOGY (INTELLECTUAL PROPERTY)<br>PTY LTD., and FINANCIAL SYSTEMS TECHNOLOGY<br>PTY LTD. |

Attorneys For Plaintiff
ORACLE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ORACLE CORPORATION,<br><br>             Plaintiff,<br><br>     v.<br><br>QPSX LTD., FINANCIAL SYSTEMS TECHNOLOGY (INTELLECTUAL PROPERTY) PTY. LTD., and FINANCIAL SYSTEMS TECHNOLOGY PTY. LTD.,<br><br>             Defendants. | Case No.  C04-05116 WHA<br><br>**STIPULATED MOTION FOR DISMISSAL** |

**STIPULATED MOTION PURSUANT TO FRCP 15(a) AND LOCAL RULE 7-1(a)(5)**

Plaintiff Oracle Corporation ("Plaintiff" or "Oracle") and Defendants QPSX, Ltd. ("QPSX"), Financial Systems Technology Pty. Ltd. ("FST") and Financial Systems Technology (Intellectual Property) Pty. Ltd. ("FST(IP)") (collectively "Defendants") file this stipulated motion, pursuant to FRCP 15(a) and LR 7-1(a)(5), for an order dismissing this action without prejudice. Plaintiff and Defendants have reached an agreement to dismiss this action without prejudice and to waive any and all requests for costs, expenses or attorneys fees in connection with this action.

Dated: February 24, 2005           ORRICK, HERRINGTON & SUTCLIFFE LLP

                                   /s/
                                   I. Neel Chatterjee
                                   Attorneys for Plaintiff
                                   ORACLE CORPORATION

Dated: February 24, 2005           SPIEGEL LIAO & KAGAY, LLP

                                   /s/
                                   Michael I. Speigel
                                   Charles M. Kagay
                                   Attorneys for Defendants
                                   QPSX LTD., FINANCIAL SYSTEMS
                                   TECHNOLOGY (INTELLECTUAL PROPERTY)
                                   PTY LTD., and FINANCIAL SYSTEMS
                                   TECHNOLOGY PTY LTD.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: February ___, 2005
                                   Honorable William Alsup
                                   United States District Judge